Linwood HARRIS, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

No. 01–7433.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Linwood Harris, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Linwood Harris seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Harris' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harris v. Angelone*, No. CA–01–1117–AM (E.D.Va. Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*